**2013–0140.  State v. Arnold.**
Montgomery App. No. 25044, 2012-Ohio-5786. It is ordered by the court, sua sponte, that this case is no longer held for the decision in 2012–2136, *State v. Taylor,* 138 Ohio St.3d 194, 2014-Ohio-460, 5

N.E.3d 612. The case is now held for the decision in 2013–0403, *State v. Limoli*, 10th Dist. Franklin No. 11AP–924, 2012-Ohio-4502, and the briefing remains stayed.